UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

EDEM E. EYAMBA, *also known as*
EDDIE EYAMBA,

                Defendant.
-------------------------------------------------------------------X

**ORDER**
04-CV-1953 (NGG) (CLP)

GARAUFIS, District Judge.

On April 18, 2006, Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation ("R&R") in the above-captioned action recommending that judgment be awarded to the United States, plaintiff in this matter, in the amount of $97,063.42 for defaulted student loan obligations, accrued as of April 11, 2006, incurred by the defaulted Defendant. Judge Pollak further recommends that the Plaintiff be awarded $185.00 in costs and $1,000.00 in fees. No objections to the R&R have been timely filed.

In reviewing an R&R, this court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To accept a Magistrate Judge's R&R where no timely objection has been made, the "court need only satisfy itself that there is no clear error on the face of the record." Urena v. New York, 160 F. Supp.2d 606, 609-10 (S.D.N.Y. 2001) (quoting Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)); see also Pizarro v. Bartlett, 776 F. Supp. 815, 817 (S.D.N.Y. 1991) (court may accept report if it is "not facially erroneous").

Judge Pollak's R&R is comprehensive and well-reasoned. The court finds no clear error on the face of the record and therefore adopts the R&R for the reasons stated therein. The Clerk of the court is directed to enter judgment as set forth by Magistrate Judge Pollak and as detailed above in the total amount of $98,248.42. The Clerk of the Court is further directed to close this case and to mail a copy of this decision to the defendant at its last known mailing address.

SO ORDERED.

Dated: May 4, 2006  _____ /s/_____
     Brooklyn, N.Y.                         Nicholas G. Garaufis
                                           United States District Judge